## SUMMONS

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT

PLAINTIFF: **BOYD BUSH**
CROSS PETITIONER: **JOHN REEVE, PRESIDENT GOOD SHEPHERD HUMANE SOCIETY, INC.**

VS.                                    NO. CV 2005-135

RESPONDENT:        JOHN REEVE, PRESIDENT GOOD SHEPHERD HUMANE SOCIETY, INC.

VS.

RESPONDENT:        GEORGE HARRIS

RESPONDENT'S ATTORNEY: **GERALD K. CROW**
ADDRESS:               P.O. BOX 129  BERRYVILLE, AR 72616

THE STATE OF ARKANSAS TO RESPONDENTS: MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS
SHIRLEY TINKIS, CARTER REIN,
MARILYN STOCKWELL, MAGGIE TATUM,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF
THE GOOD SHEPHERD HUMANE SOCIETY, INC

ADDRESS:

### NOTICE

1.  You are hereby notified that lawsuit has been filed against you; the relief asked is stated in the attached complaint;
2.  The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present you defense. Your pleading or answer must meet the following requirements:
    a.     It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
    b.     It must be filed in the court clerk's office within **twenty (20) days** from the day you were served with this summons.
3.  If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.
4.  Additional notices: None

WITNESS MY HAND AND SEAL OF THIS COURT THIS THE
4th day of August, 2006

Address of Clerk's Office:
Circuit and Chancery Clerk

Carroll County Courthouse
P.O. Box 109, Eureka Springs, AR  72632

*Ramona Wilson*
RAMONA WILSON, Clerk

*Sheryl Ruff, D.C.*
Deputy Clerk

STATE OF ARKANSAS
COUNTY OF CARROLL

On this the _____ day of _____, 2006, I have duly served the within writ, by delivering a copy and stating the substance thereof, to the within named

_____

_____.


_____
SHERIFF/Process Server

_____
Deputy Sheriff


STATE OF ARKANSAS
COUNTY OF CARROLL

Subscribed and Sworn to before me this _____ day of _____, 2005.


_____
Notary Public
My Commission Expires:_____

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD J. BUSH                                                          PLAINTIFF

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                    DEFENDANT
                                                            (Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
MARILYN STOCKWELL, SHARON JACOBSON
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                          THIRD PARTY DEFENDANTS

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT IN FORECLOSURE

Comes now the Defendant ,the Good Shepherd Humane Society, Inc., by and through

its attorney, Gerald K. Crow, and for its Answer to the Plaintiff's First Amended

Complaint In Foreclosure states and alleges as follows:

1. The Defendant re-states and re-alleges each and every denial contained in the

   original Answer filed in this Court on December 28, 2005.

2. The Defendant admits paragraphs two through twelve of the First Amended

   Complaint in Foreclosure.

FILED
Ramona Wilson
AUG 0 4 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

3. Pleading in the affirmative the Defendant asserts the defenses of lack of consideration, fraud, estoppel, injury by fellow servant, laches and reserves the right to amend and add further defenses upon proper notice.

## CROSS PETITION

Comes now the Defendant and Third Party Plaintiff, the Good Shepherd Humane Society, Inc., by and through its attorney, Gerald K. Crow, and for its Cross Petition over and against Third Party Defendants states and alleges as follows:

1. That the Good Shepherd Humane Society, Inc. has been provided with a copy of a Mortgage, filed with the Clerk of the Circuit Court on October 3, 2005 in Mortgage Book No. 223, page 611-613, a copy of which is attached hereto as Exhibit "A".

2. That the aforesaid Mortgage is executed in favor of Boyd J. Bush as Mortgagee and recites the consideration given as Forty Thousand Dollars ($40,000.00) "evidenced by a promissory note" for the aforesaid sum.

3. That the Mortgage was executed by Marty Martinek, President of the Good Shepherd Humane Society, Inc. on October 3, 2005.

4. That the mortgage was not executed pursuant to the statutory requirements of Ark. Code Ann. §16-47-107, Acknowledgment by corporations, and the Defendant/Third Party Plaintiff, The Good Shepherd Humane Society, Inc. now holds what they believe to be the corporate records which were to be maintained at the corporate offices of the Good Shepherd Humane Society, Inc. and that it

has not been able to ascertain whether the above herein named former Directors authorized the President to execute a mortgage of the Corporate Property nor has it been able to ascertain when such authorization occurred.

5. That the Good Shepherd Humane Society, Inc. believes in good faith that the former Board of Directors did not meet or vote to authorize the mortgage of the property and that as a matter of law the mortgage should be declared void for failing to meet the requirements for the execution of such instruments and for failure of authority to grant such a conveyance.

6. Pleading further, the Good Shepherd Humane Society, Inc. believes in good faith that the sum of Forty Thousand Dollars ($40,000.00) was never delivered to the Treasurer of the Good Shepherd Humane Society, Inc, and that Boyd Bush, mortgagee, withheld certain sums due and owing under the terms of the mortgage without approval or authorization from the then existing Board of Directors and that the Mortgage should fail for lack of consideration.

7. That it is believed that the sum of Twenty Thousand Dollars ($20,000.00) is now held in the Bank account which is the subject of a Petition for Declaratory Judgment in Carroll County Circuit Court Case No. CIV 2005-103, and that if any sum is due and owing to Boyd J. Bush it may be that sum of money and none other.

8. The Third Party Defendants failed to comply with the standards of conduct required of directors of a corporation, breached their fiduciary duties to the corporation, violated all procedures and safeguard necessary to protect the assets of the organization, did not act in a reasonably prudent manner in the conduct of

the corporate affairs, failed to stay informed of all corporate actions involving the property of the corporation and permitted such property to be encumbered without proper authorization and otherwise acted with such a degree of gross negligence that they should be held jointly and individually liable for any and all damages suffered by the corporation.

9. Pleading further, this court should hold all acts taken by or on behalf of the dissolved board of directors to be void and hold the former directors individually liable for the expenditure of any funds, the loss of any property and any and all other harm, waste or destruction of any property or assets of the Good Shepherd Humane Society, Inc. including and not limited to the execution of a mortgage on the corporate real property and the aforesaid employment contracts.

10. The Good Shepherd Humane Society, Inc. reserves the right to amend these pleadings pursuant to the Rules of Civil Procedure and to file any documentation in its possession with this court.

WHEREFORE, PREMISES CONSIDERED, THE GOOD SHEPHERD HUMANE SOCIETY, INC., THIRD PARTY PLAINTIFF PRAYS that this Court deny the petition in foreclosure and find that the Third Party Defendants are liable for any and all damages that may be assessed over and against the Good Shepherd Humane Society, Inc. including but not limited to all costs and attorney fees incurred in this action.

Respectfully Submitted,
John Reeve, President
Good Shepherd Humane Society, Inc.

By: _____
　　Gerald K. Crow
　　Attorney at Law
　　ABA 90100
　　203 Public Sq.
　　Berryville, AR 72616
　　(870) 423-4664
　　(870) 423-3733

## CERTIFICATE OF SERVICE

I certify that I have this _4th_ day of August, 2006 mailed a true and correct copy of the foregoing pleading to the hereinafter named attorney by depositing a true and correct copy in the U.S. Mail, adequate postage affixed thereto and addressed to:

Mr. Gene Franco
LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Mr. Scott P. Harrison
The Harrison Law Firm
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

Mr. George Harris
5 White Oak Drive
Holiday Island, AR  72631

Mr. Marty Martinek
484 Paradise Mountain Road
Eureka Springs, AR  72632

Ms. Shirley Tinkis
575 Lakeshore Drive
Eureka Springs, AR  72632

Mr. Carter Rein
190 Mulberry Lane
Eureka Springs, AR  72631

Mr. David Rush
3022 E. Van Buren, Suite E
Eureka Springs, AR  72632

Ms. Marilyn Stockwell
69 Venus Drive
Holiday Island, AR  72631

Maggie Tatum
12 Summit Street
Eureka Springs, AR  72632

Sharon Jacobson
Address Unknown
Holiday Island, AR  72631

Gerald K. Crow

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD J. BUSH                                                  PLAINTIFF

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                           DEFENDANT
                                                             (Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
MARILYN STOCKWELL, SHARON JACOBSON
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                         THIRD PARTY DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS

COUNTY OF CARROLL

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to Marilyn Stockwell, a Third Party Defendant, in this action.

2.

That on the 8th day of August, 2006, Marilyn Stockwell, a Third Party Defendant herein received the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons as evidenced by the return receipt attached to a copy of the letter sent to Marilyn Stockwell, which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my knowledge, information and belief.

GERALD K. CROW

## ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the above and foregoing Affidavit of Service, and stated to me that he had executed same for the purposes and consideration therein contained.

WITNESS my hand and seal this 9th day of August, 2006.

Notary Public

My Commission Exp: 6-4-2012

"NOTARY SEAL"
Debra Shiney, Notary Public
Carroll County, State of Arkansas
My Commission Expires June 4, 2012.

2

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

EUREKA SPRINGS, AR  72631

| | | | UNIT ID: 0216 |
|---|---|---|---|
| Postage | $ | 0.63 | |
| Certified Fee | | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Clerk: KCW5JY |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | 4.88 | 08/07/06 |

7005 1160 0002 8234 8243

Sent To   Marilyn Stockwell
Street, Apt. No.; or PO Box No.   69 Venus Dr
City, State, ZIP+4   Holiday Island AR 72631

See Reverse for Instructions

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marilyn Stockwell
69 Venus Dr.
Holiday Island. AR
72631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M Stockwell
☐ Agent
☑ Addressee

B. Received by ( Printed Name)
Marilyn Stockwell

C. Date of Delivery
8/8/6

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0002 8234 8243

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540


EXHIBIT
A

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION



BOYD J. BUSH                                                        PLAINTIFF

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                    DEFENDANT
                                                       (Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
SHARON JACOBSON, MARILYN STOCKWELL,
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                          THIRD PARTY DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS

COUNTY OF CARROLL

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to Sharon Jacobson, a Third Party Defendant, in this action.

2.

That on the 8th day of August, 2006, Sharon Jacobson, a Third Party Defendant herein received the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons as evidenced by the return receipt attached to a copy of the letter sent to Sharon Jacobson and signed by Edwin Jacobson, her husband, which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my knowledge, information and belief.

_____
GERALD K. CROW

### ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the above and foregoing Affidavit of Service, and stated to me that he had executed same for the purposes and consideration therein contained.

WITNESS my hand and seal this 9th day of August, 2006.

_____
Notary Public

My Commission Exp: 6-4-2012

| "NOTARY SEAL" |
| Debra Shiney, Notary Public |
| Carroll County, State of Arkansas |
| My Commission Expires June 4, 2012. |

2

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

EUREKA SPRINGS, AR 72631

| | | | |
|---|---|---|---|
| Postage | $ | 0.63 | UNIT ID: 0216 |
| Certified Fee | | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KCWSJY |
| Total Postage & Fees | $ | 4.88 | 08/07/06 |

Sent To *Sharon Jacobson*
Street, Apt. No.; or PO Box No. *Table Rock Dr.*
City, State, ZIP+4 *Holiday Island AR. 72631*

PS Form 3800, June 2002 — See Reverse for Instructions

7005 1160 0002 8234 8212

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Sharon Jacobson*
*57 Table Rock Dr.*
*Holiday Island.*
*AR.*
*72631*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name) *EDWIC JACOLSON*   C. Date of Delivery *8-8-06*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number *(Transfer from service label)*   7005 1160 0002 8234 8212

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



EXHIBIT

A

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD J. BUSH                                                    PLAINTIFF

FILED
AUG 1 4 2006

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                DEFENDANT
(Third Party Plaintiff)

VS.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
SHARON JACOBSON, MARILYN STOCKWELL,
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                          THIRD PARTY DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS

COUNTY OF CARROLL

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to Marty Martinek, a Third Party Defendant, in this action.

2.

That on the 10th   day of August, 2006, Marty Martinek, a Third Party Defendant herein

received the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition

and Summons as evidenced by the return receipt attached to a copy of the letter sent to Marty

Martinek, which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my

knowledge, information and belief.

_____
GERALD K. CROW

### ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the above and foregoing Affidavit of Service, and stated to me that he had executed same for the purposes and consideration therein contained.

WITNESS my hand and seal this 11th   day of August, 2006.

_____
Notary Public

My Commission Exp: 6-4-2012

> "NOTARY SEAL"
> Debra Shiney, Notary Public
> Carroll County, State of Arkansas
> My Commission Expires June 4, 2012.

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

EUREKA SPRINGS, AR 72632

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0216 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KCW5JY |
| Total Postage & Fees | $ 4.88 | 08/07/06 |

Sent To: Marty Martinek
Street, Apt. No.; or PO Box No. 484 Paradise Mt. Rd.
City, State, ZIP+4 Eureka Springs, AR 72632

PS Form 3800, June 2002                    See Reverse for Instructions

7005 1160 0002 8234 8199

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marty Martinek
484 Paradise Mt. Rd.
Eureka Springs, AR
72632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M. Martinek                     8/10/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

AUG 10 2006

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0002 8234 8199

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**EXHIBIT**

A

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION



BOYD J. BUSH                                                           PLAINTIFF

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                DEFENDANT
                                                         (Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
SHARON JACOBSON, MARILYN STOCKWELL,
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                         THIRD PARTY DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS

COUNTY OF CARROLL

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn

doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt

requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in

Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to Shirley Tinkis,

a Third Party Defendant, in this action.

2.

That on the 10th   day of August, 2006, Shirley Tinkis, a Third Party Defendant herein

received the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition

and Summons as evidenced by the return receipt attached to a copy of the letter sent to Shirley

Tinkis, which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my

knowledge, information and belief.

GERALD K. CROW

## ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified
and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the
above and foregoing Affidavit of Service, and stated to me that he had executed same for the
purposes and consideration therein contained.

WITNESS my hand and seal this 11th   day of August, 2006.

Notary Public

My Commission Exp: 6-4-2012

"NOTARY SEAL"
Debra Shiney, Notary Public
Carroll County, State of Arkansas
My Commission Expires June 4, 2012.

2

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

EUREKA SPRINGS, AR 72632

| | | | |
|---|---|---|---|
| Postage | $ | 0.63 | UNIT ID: 0216 |
| Certified Fee | | 2.40 | Postmark |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KCW5JY |
| Total Postage & Fees | $ | 4.88 | 08/07/06 |

Sent To: Shirley Jinkins
Street, Apt. No.; or PO Box No. 515 Lakeshore Dr.
City, State, ZIP+4 Eureka Springs, AR 72632

PS Form 3800, June 2002                    See Reverse for Instructions

7005 1160 0002 8234 8250

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Shirley Jinkins
515 Lakeshore Dr.
Eureka Springs. AR
72632

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery  8-10-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

**3. Service Type**
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

**2. Article Number** *(Transfer from service)*   7005 1160 0002 8234 8250

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



EXHIBIT

A

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION



BOYD J. BUSH

PLAINTIFF

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.

DEFENDANT
(Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
SHARON JACOBSON, MARILYN STOCKWELL,
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.

THIRD PARTY DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS

COUNTY OF CARROLL

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to Maggie Tatum, a Third Party Defendant, in this action.

2.

That on the 8th   day of August, 2006, Maggie Tatum, a Third Party Defendant herein

received the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition

and Summons as evidenced by the return receipt attached to a copy of the letter sent to Maggie

Tatum, which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my

knowledge, information and belief.

_____
GERALD K. CROW

## ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified
and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the
above and foregoing Affidavit of Service, and stated to me that he had executed same for the
purposes and consideration therein contained.

WITNESS my hand and seal this 11th   day of August, 2006.

_____
Notary Public

My Commission Exp: 6-4-2012

"NOTARY SEAL"
Debra Shiney, Notary Public
Carroll County, State of Arkansas
My Commission Expires June 4, 2012.

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

EUREKA SPRINGS, AR 72632

| | | |
|---|---|---|
| Postage | $  0.63 | UNIT ID: 0216 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KCWSJY |
| Total Postage & Fees | $  4.88 | 08/07/06 |

Sent To  Maggie Tatum
Street, Apt. No.; or PO Box No.  12 Summit St.
City, State, ZIP+4  Eureka Springs, AR

7005 1160 0002 8234 8236

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maggie Tatum
12 Summit St
Eureka Spring, AR.
  72632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M.K. Tatum    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
M.K. TATUM    8-8-6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0002 8234 8236

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



EXHIBIT
A

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION



BOYD J. BUSH                                                                    PLAINTIFF

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                      DEFENDANT
                                                                       (Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
SHARON JACOBSON, MARILYN STOCKWELL,
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                                THIRD PARTY DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS

COUNTY OF CARROLL

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to David Rush, a Third Party Defendant, in this action.

2.

That on the 8th day of August, 2006, David Rush, a Third Party Defendant herein received the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons as evidenced by the return receipt attached to a copy of the letter sent to David Rush, which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my knowledge, information and belief.

_____
GERALD K. CROW

## ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the above and foregoing Affidavit of Service, and stated to me that he had executed same for the purposes and consideration therein contained.

WITNESS my hand and seal this 11th day of August, 2006.

_____
Notary Public

My Commission Exp: 6-4-2012

> "NOTARY SEAL"
> Debra Shiney, Notary Public
> Carroll County, State of Arkansas
> My Commission Expires June 4, 2012.

2

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

EUREKA SPRINGS, AR  72632

| | | |
|---|---|---|
| Postage | $ | 0.63 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

UNIT ID: 0216

Postmark Here

Clerk: KCW5JY

08/07/06

Sent To Daniel Rush
Street, Apt. No., or PO Box No. 3032 E Van Beuren Suite E
City, State, ZIP+4 Eureka Springs AR 72632

7005 1160 0002 8234 8205

PS Form 3800, June 2002          See Reverse for Instructions

---

### SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Rush
3032 E Van Beuren
Suite E

Eureka Springs AR
72632

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jill Atkinson               8/8

D. Is delivery address different from item 1?  ☑ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7005 1160 0002 8234 8205

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



EXHIBIT A

IN THE CIRCUIT COURT OF CARROLL COUNTY ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD J. BUSH                                                PLAINTIFF

    VS.              NO. CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                   DEFENDANT
                                              (Third Party Plaintiff)

    VS.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON JACOBSON and
DAVIS RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.

                                   THIRD PARTY DEFENDANTS

## SEPARATE THIRD PARTY DEFENDANT MARILYN STOCKWELL'S ANSWER TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS PETITION

Comes now the Third Party Cross Defendant, Marilyn Stockwell, (hereinafter "Stockwell") and for her answer to the Defendant Good Shepherd Humane Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1.     Stockwell denies any and all allegations contained in the Defendant's Petition unless specifically admitted herein.

2.     Stockwell states that the exhibits cited in the counter-petition were not included in what was served upon her, and is without sufficient information to admit or deny assertions contained in paragraphs numbered one through four of the subject counter-petition and therefore denies same.

3.     Stockwell denies allegations contained in paragraphs numbered five and six of the Defendant's petition.

4.     Stockwell also believes that there is $20,000.00 being held in a bank account as stated, but is without sufficient information to admit or deny the remaining allegations included in paragraph seven of subject petition.

5.     Stockwell denies allegations contained in paragraphs numbered eight and nine of the subject petition.

6.     Stockwell asserts that paragraph number ten of the subject petition does not require an answer, but denies any allegations contained therein and asserts that the Defendant should follow the law.

WHEREFORE, Stockwell requests that this Court deny the relief sought by the Defendant herein in his Cross Petition; that the Court enter judgment in Stockwell's favor; and for all other relief that this Court deems proper.

Respectfully submitted,

MARILYN STOCKWELL
THIRD PARTY DEFENDANT

*Marilyn Stockwell*

69 Venus Ave.
Holiday Island, AR  72631
(479) 253-7860

## CERTIFICATE OF SERVICE

I, Marilyn Stockwell, Third Party Defendant in the above captioned matter, state that I have caused to be delivered a true and correct copy of the above and foregoing document to the parties hereto, by placing same in the U.S. mail, postage prepaid and addressed to them at the following addresses on the 18th day of August 2006:

Gerald K. Crow
203 Public Sq.
Berryville, AR  72616

Gene Franco
1458 Plaza Place, Ste. 101
Springdale, AR  72764-5273

Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

George Harris
5 White Oak Dr.
Holiday Island, AR  72631

Marty Martinek
484 Paradise Mountain Road
Eureka Springs, AR  72632

Shirley Tinkis
575 Lakeshore Dr.
Eureka Springs, AR  72632

Carter Rein
190 Mulberry Lane
Eureka Springs, AR  72631

David Rush
3022 Van Buren, Suite E
Eureka Springs, AR  72632

Maggie Tatum
12 Summit Street
Eureka Springs, AR  72632

Sharon Jacobson
Address Unknown
Hand Delivered

_Marilyn Stockwell_
Marilyn Stockwell

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT


BOYD BUSH                                                          PLAINTIFF


vs.                           Case No. CV 2005-135


GOOD SHEPHERD HUMANE SOCIETY, INC.                    DEFENDANT/
                                                  THIRD PARTY PLAINTIFF


vs.


MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON JACOBSON, AND
DAVID RUSH AS PREVIOUS BOARD MEMBERS OF THE
GOOD SHEPHERD HUMANE SOCIETY, INC.
                                          THIRD PARTY DEFENDANTS


### BOYD BUSH'S ANSWER TO THIRD PARTY PLAINTIFF'S CROSS PETITION


COMES NOW Boyd Bush, Plaintiff and Third Party Defendant (hereinafter "Bush"), by

and through his undersigned attorney, and for his Answer to Third Party Plaintiff's Cross

Petition, respectfully states as follows:

1.   Bush admits the averments contained in Paragraph No. 1 of the Cross Petition.

2.   Bush admits the averments contained in Paragraph No. 2 of the Cross Petition.

3.   Bush admits the averments contained in Paragraph No. 3 of the Cross Petition.

4.   Bush denies the averments contained in Paragraph No. 4 of the Cross Petition.

5.   Bush denies the averments contained in Paragraph No. 5 of the Cross Petition.

6.   Bush denies the averments contained in Paragraph No. 6 of the Cross Petition.

7.      Bush admits that there is a sum of Twenty Thousand Dollars ($20,000) currently being held in a bank account which is the subject of a Petition for Declaratory Judgment in Carroll County Circuit Court No. CIV 2005-103.  However, Bush denies that this amount is the total amount due and owing to him.

8.      Bush denies the averments contained in Paragraph No. 8 of the Cross Petition.

9.      Bush denies the averments contained in Paragraph No. 9 of the Cross Petition.

10.     Paragraph No. 10 of the Cross Petition does not require either admission or denial. To the extent that such would be required, Bush denies same.

11.     Bush pleads any and all affirmative defenses available to him under Rule 8 of the Arkansas Rules of Civil Procedure.

12.     Bush reserves the right to amend this Answer to Cross Petition to include any and all other affirmative defenses and/or counterclaims as may be warranted upon discovery in this action.

WHEREFORE, premises considered, Boyd Bush, Plaintiff and Third Party Defendant, prays this Court to deny the Cross Petition filed by Defendant/Third Party Plaintiff; that he be awarded his relief prayed for in his Amended Complaint in Foreclosure filed in this action; that he be awarded his further attorney fees and costs incurred in this action; and, for any and all other relief to which Bush may prove himself entitled.

DATED this __\ 7__ day of August 2006.

Respectfully submitted for the Plaintiff,
Boyd J. Bush,

By: _____

Gene A. Franco, ABA # 94197
Attorney for Plaintiff

LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR   72764-5273
(479) 750-4444
(479) 751-6792 (facsimile)


## CERTIFICATE OF SERVICE


I hereby certify that I have delivered a true and correct copy of the foregoing document to the attorneys of record of all parties hereto by placing same in envelopes, First Class Postage Prepaid, and placing said envelopes in the U.S. Mail on this __17__ day of N.v__ 2006, addressed to the following parties:

Hon. Gerald K. Crow
203 Public Square
Berryville, AR  72616

Hon. Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

Mr. George Harris
5 White Oak Drive
Holiday Island, AR  72631

Mr. Marty Martinek
484 Paradise Mountain Road
Eureka Springs, AR   72632

Ms. Shirley Tinkis
575 Lakeshore Drive
Eureka Springs, AR   72632

Mr. Carter Rein
190 Mulberry Lane
Eureka Springs, AR   72632

Mr. David Rush
3022 E. Van Buren, Suite E
Eureka Springs, AR   72632

Ms. Marilyn Stockwell
69 Venus Drive
Holiday Island, AR   72631

Ms. Maggie Tatum
12 Summit Street
Eureka Springs, AR  72632

Ms. Sharon Jacobson
57 Table Rock Drive
Holiday Island, AR  72631-4228


Gene A. Franco

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION


BOYD J. BUSH                                                    PLAINTIFF


CIV 2005-135


GOOD SHEPHERD HUMANE SOCIETY, INC.                    DEFENDANT
                                                      (Third Party Plaintiff)

vs.


MARTY MARTINEK, BOYD BUSH, CARTER REIN,
SHIRLEY TINKIS, MARILYN STOCKWELL, MAGGIE TATUM
GEORGE HARRIS, SHARON JACOBSON
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                                  THIRD PARTY DEFENDANTS


**AFFIDAVIT OF SERVICE**

FILED
Ram... Wilson
AUG 2 3 2006 ►
CARROLL COUNTY
WESTERN DISTRICT

STATE OF ARKANSAS

COUNTY OF CARROLL

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn

doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt

requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in

Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to George Harris,

a Third Party Defendant, in this action.

2.

That on the 16th day of August, 2006, George Harris, a Third Party Defendant herein received the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and Summons as evidenced by the return receipt attached to a copy of the letter sent to George Harris, which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my knowledge, information and belief.

_____
GERALD K. CROW

## ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the above and foregoing Affidavit of Service, and stated to me that he had executed same for the purposes and consideration therein contained.

WITNESS my hand and seal this 21st day of August, 2006.

_____
Notary Public

My Commission Exp: 6-4-2012

```
"NOTARY SEAL"
Debra Shiney, Notary Public
Carroll County, State of Arkansas
My Commission Expires June 4, 2012.
```

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
EUREKA SPRINGS, AR 72631

| | | |
|---|---|---|
| Postage | $ .... 0.63 .... | UNIT ID: 0216 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KCW5JY |
| Total Postage & Fees | $ 4.88 | 08/07/06 |

Sent To
George Harris

Street, Apt. No.; or PO Box No.
5 White Oak Drive

City, State, ZIP+4
Holiday Island, AR 72631

PS Form 3800, June 2002          See Reverse for Instructions

7005 1160 0002 8234 8175

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. George Harris
5 White Oak Drive
Holiday Island. AR
72631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
8-16-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service)   7005 1160 0002 8234 8175

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



EXHIBIT
A

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION


BOYD J. BUSH                                              PLAINTIFF


CIV 2005-135


GOOD SHEPHERD HUMANE SOCIETY, INC.                       DEFENDANT
                                                   (Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, MARILYN STOCKWELL, MAGGIE TATUM
CARTER REIN, SHARON JACOBSON
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                          THIRD PARTY DEFENDANTS


**AFFIDAVIT OF SERVICE**

STATE OF ARKANSAS

COUNTY OF CARROLL

FILED
Ramona Wilson
AUG 2 3 2006
CLERK
CARROLL COUNTY
WESTERN DISTRICT

Comes now Gerald K. Crow, Attorney At Law, PLC, and after having first been duly sworn

doth state the following under oath:

1.

That on the 7th day of August, 2006, I caused to be mailed by certified mail, return receipt

requested, a letter along with a copy of an Answer to Plaintiff's First Amended Complaint in

Foreclosure, Cross Petition and Summons, issued in the above referenced matter, to Carter Rein, a

Third Party Defendant, in this action.

2.

That on the 15th day of August, 2006, Carter Rein, a Third Party Defendant herein received

the letter, Answer to Plaintiff's First Amended Complaint in Foreclosure, Cross Petition and

Summons as evidenced by the return receipt attached to a copy of the letter sent to Carter Rein,

which is attached as Exhibit "A" to this affidavit.

3.

That I have read the above and foregoing and they are true and correct to the best of my

knowledge, information and belief.

_____
GERALD K. CROW

## ACKNOWLEDGEMENT

STATE OF ARKANSAS

COUNTY OF CARROLL

BE IT REMEMBERED, That on this day personally appeared before me, a duly qualified
and commissioned Notary Public, GERALD K. CROW, to me well known as the Affiant in the
above and foregoing Affidavit of Service, and stated to me that he had executed same for the
purposes and consideration therein contained.

WITNESS my hand and seal this 17th day of August, 2006.

_____
Notary Public

My Commission Exp: 6-4-2012

> "NOTARY SEAL"
> Debra Shiney, Notary Public
> Carroll County, State of Arkansas
> My Commission Expires June 4, 2012.

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
EUREKA SPRINGS, AR 72631

| | | |
|---|---|---|
| Postage | $   0.63 | UNIT ID: 0216 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KCW5JY |
| Total Postage & Fees | $   4.88 | 08/07/06 |

Sent To
Carter Rein

Street, Apt. No.; or PO Box No.
P.O. Box 3068

City, State, ZIP+4
Holiday Island, AR 72631

PS Form 3800, June 2002          See Reverse for Instructions

7005 1160 0002 8234 8274

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carter Rein
P.O. Box 3068
Eureka Springs,
AR. 72631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  8-15-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0002 8234 8274

PS Form 3811, February 2004        Domestic Return Receipt          102595-02-M-1540



EXHIBIT
A

## IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
### WESTERN DISTRICT- CIVIL DIVISION

**BOYD J. BUSH**                                                                **PLAINTIFF**

    *Vs.*          No.  CIV 2005-135

**GOOD SHEPHERD HUMANE SOCIETY, INC.**         **DEFENDANT**
                                              (Third Party Plaintiff)

    *Vs.*

**MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS
SHIRLEY TINKIS, CARTER JACOBSON, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON JACOBSON and
DAVID RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.**

                              **THIRD PARTY DEFENDANTS**

FILED
Ramona Wilson
AUG 2 5 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

### SEPARATE THIRD PARTY DEFENDANT, SHARON JACOBSON'S ANSWER TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS PETITION

Comes now the Third Party Cross Defendant, **SHARON JACOBSON,** (hereinafter "Jacobson") and for her answer to the Defendant Good Shepherd Humane Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1. Jacobson is without knowledge as to the allegations contained in paragraph one (1) and therefore denies and demands strict proof thereof.

2. Jacobson admits the allegations contained in paragraph two (2).

3. Jacobson is without knowledge as to the allegations contained in paragraph three (3) and therefore denies and demands strict proof thereof.

4. Jacobson is without knowledge as to the allegations in paragraph four (4) as the exhibits cited were not included in the cross-petition and therefore denies and demands strict proof thereof.

5. Jacobson denies paragraph five (5) and demands strict proof thereof.

6. Jacobson denies the allegations contained in paragraph six (6) and demands strict proof thereof.

7. Jacobson admits and denies in part the allegations contained in paragraph seven (7). Jacobson admits paragraph seven (7) insofar that it states that the twenty thousand dollars is being held in the Bank and is the subject of a Petition for Declaratory Judgment in Carroll County Circuit Court Case No. CIV 2005-103, but denies every other allegation and demands strict proof thereof.

8. Jacobson denies paragraph eight (8) and demands strict proof thereof.

9. Jacobson denies paragraph nine (9) and demands strict proof thereof.

10. Paragraph ten (10) does not require a response, but should it be adjudged that it contains any allegations, Jacobson denies.

WHEREFORE, Jacobson prays that this Court denies any relief sought by the Defendant with this Cross Petition; this court enter a judgment in favor of Jacobson; for the Cross Petitioner to pay any and all attorney's fees incurred as a result of this claim; and all other just and proper relief as the Court may deem proper.

Respectfully Submitted,

SHARON JACOBSON,
THIRD PARTY DEFENDANT

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR 72638
(870) 438-5298


## PROOF OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Answer to the Cross Petition was served upon the Defendant's attorney, Kent Crow, by placing the same in the U.S. mail immediately after filing.

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR 72638
(870) 438-5298

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT- CIVIL DIVISION

**BOYD J. BUSH**                                                                 **PLAINTIFF**

     *Vs.*         No.__CIV 2005-135

**GOOD SHEPHERD HUMANE SOCIETY, INC.**                    **DEFENDANT**
(Third Party Plaintiff)

     *Vs.*

**MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS
SHIRLEY TINKIS, CARTER TINKIS, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON TINKIS and
DAVID RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.**

                                     **THIRD PARTY DEFENDANTS**

FILED
Ramona Wilson
AUG 2 5 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

## SEPARATE THIRD PARTY DEFENDANT, SHIRLEY TINKIS'S ANSWER TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS PETITION

Comes now the Third Party Cross Defendant, **SHIRLEY TINKIS**, (hereinafter "Tinkis") and for her answer to the Defendant Good Shepherd Humane Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1. Tinkis is without knowledge as to the allegations contained in paragraph one (1) and therefore denies and demands strict proof thereof.

2. Tinkis is without knowledge as to the allegations contained in paragraph two (2) and therefore denies and demands strict proof thereof.

3. Tinkis is without knowledge as to the allegations contained in paragraph three (3) and therefore denies and demands strict proof thereof.

4. Tinkis is without knowledge as to the allegations in paragraph four (4) as the exhibits cited were not included in the cross-petition and therefore denies and demands strict proof thereof.

5. Tinkis denies paragraph five (5) and demands strict proof thereof.

6. Tinkis denies the allegations contained in paragraph six (6) and demands strict proof thereof.

7. Tinkis admits and denies in part the allegations contained in paragraph seven (7). Tinkis admits paragraph seven (7) insofar that it states that the twenty thousand dollars is being held in the Bank and is the subject of a Petition for Declaratory Judgment in Carroll County Circuit Court Case No. CIV 2005-103, but denies every other allegation and demands strict proof thereof.

8. Tinkis denies paragraph eight (8) and demands strict proof thereof.

9. Tinkis denies paragraph nine (9) and demands strict proof thereof.

10. Paragraph ten (10) does not require a response, but should it be adjudged that it contains any allegations, Tinkis denies.

WHEREFORE, Tinkis prays that this Court denies any relief sought by the Defendant with this Cross Petition; this court enter a judgment in favor of Tinkis; for the Cross Petitioner to pay any and all of her attorney's fees incurred as a result of this claim; and all other just and proper relief as the Court may deem proper.

Respectfully Submitted,

**SHIRLEY TINKIS,**
**THIRD PARTY DEFENDANT**

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR 72638
(870) 438-5298

## PROOF OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Answer to the Cross Petition was served upon the Defendant's attorney, Kent Crow, by placing the same in the U.S. mail immediately after filing.

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR 72638
(870) 438-5298

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT- CIVIL DIVISION

BOYD J. BUSH                                                    **PLAINTIFF**

    *Vs.*        No.  CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                **DEFENDANT**
(Third Party Plaintiff)

    *Vs.*

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS
SHIRLEY HARRIS, CARTER HARRIS, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON HARRIS and
DAVID RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.

                                    **THIRD PARTY DEFENDANTS**

FILED
Ramona Wilson
AUG 2 5 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

## SEPARATE THIRD PARTY DEFENDANT, GEORGE HARRIS'S ANSWER TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS PETITION

Comes now the Third Party Cross Defendant, **GEORGE HARRIS**, (hereinafter "Harris") and for his answer to the Defendant Good Shepherd Humane Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1. Harris is without knowledge as to the allegations contained in each and every paragraph of this petition.

2. Pleading further, Harris was not on the Board of Directors of the Good Shepherd Humane Society at the time this mortgage was executed and he was not informed that any mortgage was given to Boyd Bush through any avenue but the newspaper.

WHEREFORE, Harris prays that this Court denies any relief sought by the Defendant with this Cross Petition; this court enter a judgment in favor of Harris; that the Cross Petitioner pay any and all of his attorney's fees incurred as a result of this claim; and all other just and proper relief as the Court may deem proper.

                                Respectfully Submitted,

                                **GEORGE HARRIS,**
                                **THIRD PARTY DEFENDANT**

BY: 

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

## PROOF OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Answer to the Cross Petition was served upon the Defendant's attorney, Kent Crow, by placing the same in the U.S. mail immediately after filing.

BY: 

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

## IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
### WESTERN DISTRICT- CIVIL DIVISION

**BOYD J. BUSH**                                                     **PLAINTIFF**

*Vs.*                    No.    CIV 2005-135

**GOOD SHEPHERD HUMANE SOCIETY, INC.**                 **DEFENDANT**
                                                       (Third Party Plaintiff)

*Vs.*

**MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON JACOBSON and
DAVID RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.**

**THIRD PARTY DEFENDANTS**

FILED
Ramona Wilson
AUG 2 5 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

### SEPARATE THIRD PARTY DEFENDANT, CARTER REIN'S ANSWER TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS PETITION

Comes now the Third Party Cross Defendant, **CARTER REIN**, (hereinafter "Rein") and for his answer to the Defendant Good Shepherd Humane Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1. Rein is without knowledge as to the allegations contained in paragraph one (1) and therefore denies and demands strict proof thereof.

2. Rein admits the allegations contained in paragraph two (2).

3. Rein admits the allegations contained in paragraph three (3).

4. Rein is without knowledge as to the allegations in paragraph four (4) as the exhibits cited were not included in the cross-petition and therefore denies and demands strict proof thereof.

5. Rein denies paragraph five (5) and demands strict proof thereof.

6. Rein denies the allegations contained in paragraph six (6) and demands strict proof thereof.

7. Rein admits and denies in part the allegations contained in paragraph seven (7). Rein admits paragraph seven (7) insofar that it states that the twenty thousand

dollars is being held in the Bank and is the subject of a Petition for Declaratory Judgment in Carroll County Circuit Court Case No. CIV 2005-103, but denies every other allegation and demands strict proof thereof.

8. Rein denies paragraph eight (8) and demands strict proof thereof.

9. Rein denies paragraph nine (9) and demands strict proof thereof.

10. Paragraph ten (10) does not require a response, but should it be adjudged that it contains any allegations, Rein denies.

WHEREFORE, Rein prays that this Court denies any relief sought by the Defendant with this Cross Petition; that this court enter a judgment in favor of Rein; for the Cross Petitioner to pay any and all attorney's fees incurred as a result of this claim; and all other just and proper relief as the Court may deem proper.

Respectfully Submitted,

CARTER REIN,
THIRD PARTY DEFENDANT

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

## PROOF OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Answer to the Cross Petition was served upon the Defendant's attorney, Kent Crow, by placing the same in the U.S. mail.

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT- CIVIL DIVISION

**BOYD J. BUSH**                                         **PLAINTIFF**

      *Vs.*          No. CIV 2005-135

**GOOD SHEPHERD HUMANE SOCIETY, INC.**        **DEFENDANT**
                                           (Third Party Plaintiff),

      *Vs.*

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS
SHIRLEY TINKIS, CARTER MARTINEK, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON MARTINEK and
DAVID RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.

                               **THIRD PARTY DEFENDANTS**

FILED
Ramona Wilson
AUG 2 5 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

<u>**SEPARATE THIRD PARTY DEFENDANT, MARTY MARTINEK'S ANSWER
TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS
PETITION**</u>

Comes now the Third Party Cross Defendant, **MARTY MARTINEK,**
(hereinafter "Martinek") and for his answer to the Defendant Good Shepherd Humane
Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1. Martinek admits the allegations contained in paragraph one (1).

2. Martinek admits the allegations contained in paragraph two (2).

3. Martinek admits the allegations contained in paragraph three (3).

4. Martinek is without knowledge as to the allegations in paragraph four (4) as the
   exhibits cited were not included in the cross-petition and therefore denies and
   demands strict proof thereof.

5. Martinek denies paragraph five (5) and demands strict proof thereof.

6. Martinek denies the allegations contained in paragraph six (6) and demands strict
   proof thereof.

7. Martinek admits and denies in part the allegations contained in paragraph seven
   (7). Martinek admits paragraph seven (7) insofar that it states that the twenty
   thousand dollars is being held in the Bank and is the subject of a Petition for

Declaratory Judgment in Carroll County Circuit Court Case No. CIV 2005-103, but denies every other allegation and demands strict proof thereof.

8. Martinek denies paragraph eight (8) and demands strict proof thereof.

9. Martinek denies paragraph nine (9) and demands strict proof thereof.

10. Paragraph ten (10) does not require a response, but should it be adjudged that it contains any allegations, Martinek denies.

WHEREFORE, Martinek prays that this Court denies any relief sought by the Defendant with this Cross Petition; this court enter a judgment in favor of Martinek; for the Cross Petitioner to pay any and all attorney's fees incurred as a result of this claim; and all other just and proper relief as the Court may deem proper.

Respectfully Submitted,

**MARTY MARTINEK,
THIRD-PARTY DEFENDANT**

BY: _____

**Ben Wulff**
**Bar# 2005190**
**Withrow and Wulff, LLP**
**113 Phillips Street**
**Green Forest, AR  72638**
**(870) 438-5298**


## PROOF OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Answer to the Cross Petition was served upon the Defendant's attorney, Kent Crow, by placing the same in the U.S. mail immediately after filing.

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

## IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
### WESTERN DISTRICT- CIVIL DIVISION

**BOYD J. BUSH**                                                          **PLAINTIFF**

    *Vs.*        No.   CIV 2005-135

**GOOD SHEPHERD HUMANE SOCIETY, INC.**                 **DEFENDANT**
                                                  **(Third Party Plaintiff)**

    *Vs.*

**MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS**
**SHIRLEY TINKIS, CARTER TATUM, MAGGIE TATUM,**
**MARILYN STOCKWELL, SHARON TATUM and**
**DAVID RUSH, As previous board members of the Good**
**Shepherd Humane Society, Inc.**

                                  **THIRD PARTY DEFENDANTS**

FILED
Ramona Wilson
AUG 2 5 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

## SEPARATE THIRD PARTY DEFENDANT, MAGGIE TATUM'S ANSWER TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS PETITION

    Comes now the Third Party Cross Defendant, **MAGGIE TATUM**, (hereinafter "Tatum") and for her answer to the Defendant Good Shepherd Humane Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1. Tatum is without knowledge as to the allegations contained in paragraph one (1) and therefore denies and demands strict proof thereof.

2. Tatum is without knowledge as to the allegations contained in paragraph two (2) and therefore denies and demands strict proof thereof.

3. Tatum is without knowledge as to the allegations contained in paragraph three (3) and therefore denies and demands strict proof thereof.

4. Tatum is without knowledge as to the allegations in paragraph four (4) as the exhibits cited were not included in the cross-petition and therefore denies and demands strict proof thereof.

5. Tatum is without knowledge as to the allegations contained in paragraph five (5) and therefore denies and demands strict proof thereof.

6. Tatum denies the allegations contained in paragraph six (6) and demands strict proof thereof.

7. Tatum admits and denies in part the allegations contained in paragraph seven (7). Tatum admits paragraph seven (7) insofar that it states that the twenty thousand dollars is being held in the Bank and is the subject of a Petition for Declaratory Judgment in Carroll County Circuit Court Case No. CIV 2005-103, but denies every other allegation and demands strict proof thereof.

8. Tatum denies paragraph eight (8) and demands strict proof thereof.

9. Tatum denies paragraph nine (9) and demands strict proof thereof.

10. Paragraph ten (10) does not require a response, but should it be adjudged that it contains any allegations, Tatum denies.

11. Further, Tatum states that she was not present at the meeting when the Board of Directors authorized the mortgage and she should be dismissed from this lawsuit. There is no conceivable way that she could be found guilty of gross negligence during a meeting she did not attend.

WHEREFORE, Tatum prays that this Court denies any relief sought by the Defendant with this Cross Petition; that this court would enter a judgment in favor of Tatum; for the Cross Petitioner to pay any and all attorney's fees incurred as a result of this claim; and for all other just and proper relief as the Court may deem proper.

Respectfully Submitted,

**MAGGIE TATUM,
THIRD PARTY DEFENDANT**

BY: _____

**Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR 72638
(870) 438-5298**

## PROOF OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Answer to the Cross Petition was served upon the Defendant's attorney, Kent Crow, by placing the same in the U.S. mail immediately after filing.

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

## IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
### WESTERN DISTRICT- CIVIL DIVISION

**BOYD J. BUSH**                                                      **PLAINTIFF**

    *Vs.*         No.  CIV 2005-135

**GOOD SHEPHERD HUMANE SOCIETY, INC.**        **DEFENDANT**
                                                     **(Third Party Plaintiff)**

    *Vs.*

**MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY RUSH, CARTER REIN, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON JACOBSON and
DAVID RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.**

                                       **THIRD PARTY DEFENDANTS**

### SEPARATE THIRD PARTY DEFENDANT, DAVID RUSH'S ANSWER TO DEFENDANT GOOD SHEPHERD HUMANE SOCIETY, INC.'S CROSS PETITION

Comes now the Third Party Cross Defendant, **DAVID RUSH**, (hereinafter "Rush") and for his answer to the Defendant Good Shepherd Humane Society, Inc.'s (hereinafter "Defendant") Cross Petition, states as follows:

1. Rush is without knowledge as to the allegations contained in each and every paragraph of this petition.

2. Pleading further, Rush was not on the Board of Directors of the Good Shepherd Humane Society at the time this mortgage was executed and he was not informed that any mortgage was given to Boyd Bush through any avenue but the newspaper.

WHEREFORE, Rush prays that this Court denies any relief sought by the Defendant with this Cross Petition; this court enter a judgment in favor of him; that the Cross Petitioner pay any and all of his attorney's fees incurred as a result of this claim; and all other just and proper relief as the Court may deem proper.

                                        Respectfully Submitted,

                                        **DAVID RUSH,
THIRD PARTY DEFENDANT**

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

## PROOF OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Answer to the Cross Petition was served upon the Defendant's attorney, Kent Crow, by placing the same in the U.S. mail immediately after filing.

BY: _____

Ben Wulff
Bar# 2005190
Withrow and Wulff, LLP
113 Phillips Street
Green Forest, AR  72638
(870) 438-5298

IN THE CIRCUIT COURT OF CARROLL COUNTY ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD J. BUSH                                                    PLAINTIFF

        VS.                    NO. CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.                    DEFENDANT
                                                  (Third Party Plaintiff)

        VS.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON JACOBSON and
DAVIS RUSH, As previous board members of the Good
Shepherd Humane Society, Inc.                THIRD PARTY DEFENDANTS

ENTRY OF APPEARANCE

        Comes now R. Jeff Conner, for his entry of appearance in the above captioned

case, and states as follows:

1.      I have been employed in this matter on behalf of the separate Third Party-

Defendant, Marilyn Stockwell.  I respectfully request that the Clerk enter my name as an

attorney of record in this matter for Ms. Stockwell.

2.      I further request that copies of all pleadings and other papers served or filed in this

action be served upon me.

                                Respectfully submitted,

                                R. Jeff Conner, ABA 98187
                                3398 E. Huntsville Road
                                Fayetteville, AR  72701
                                (479) 443-8080
                                fax: (479) 443-8084
                                e-mail: rjclawyer@aol.com

## CERTIFICATE OF SERVICE

I, R. Jeff Conner, attorney for Third Party Defendant Marilyn Stockwell in the above captioned matter, state that I have caused to be delivered a true and correct copy of the above and foregoing document to the parties hereto, by placing same in the U.S. mail, postage prepaid and addressed to them at the following addresses on the 31st day of August 2006:

Gerald K. Crow
203 Public Sq.
Berryville, AR  72616
Gene Franco
1458 Plaza Place, Ste. 101
Springdale, AR  72764-5273

Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

George Harris
5 White Oak Dr.
Holiday Island, AR  72631

Marty Martinek
484 Paradise Mountain Road
Eureka Springs, AR  72632

Shirley Tinkis
575 Lakeshore Dr.
Eureka Springs, AR  72632

Carter Rein
190 Mulberry Lane
Eureka Springs, AR  72631

David Rush
3022 Van Buren, Suite E
Eureka Springs, AR  72632

Maggie Tatum
12 Summit Street
Eureka Springs, AR  72632

Sharon Jacobson
Address Unknown


_____
R. Jeff Conner

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD J. BUSH                                                    PLAINTIFF

CIV 2005-135

GOOD SHEPHERD HUMANE SOCIETY, INC.              DEFENDANT
(Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
MARILYN STOCKWELL, SHARON JACOBSON
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                         THIRD PARTY DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

Comes now Gerald K. Crow, Attorney at Law, and for his Motion to withdraw as

Counsel for the Defendant and Third Party Plaintiff, Good Shepherd Humane Society,

Inc, in the above styled matter does state:

1. I am the attorney of record for the Defendant, The Good Shepherd Humane

   Society, Inc. in the matter listed herein above.

2. That I have been appointed to serve as a District Court Judge for a period of two

   years beginning September 21st, 2006 and ending December 31st, 2008.



FILED
Ramona Wilson
OCT 1 6 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

1

3. That I serve as a Director on the Board of the Good Shepherd Humane Society, Inc. and that the By-Laws of that organization defines, in part, the following purpose of the organization:

The prevention of cruelty and neglect of animals; to seek enforcement of laws which are now or may hereinafter be enacted for the protection of animals; the relief of suffering among animals and the extension of public education for the humane treatment of animals and the promotion of kindness and gentleness toward animals.

The Society shall in no way violate or interfere with the laws enacted for the protection of animals by the State of Arkansas or by Carroll County or the Cities located therein but will seek, by all lawful means, the arrest and conviction of any persons violating such laws and ordinances.

4. That Canons 1 and 2 of the Arkansas Code of Judicial Conduct require a judge to maintain the independence of the judiciary and the avoidance of any activity that would call into question the integrity of the judge or erode the public's confidence in the judiciary.

5. That the District Courts are charged with the adjudication of matters which may involve the maltreatment of animals and my continued representation of the Good Shepherd Humane Society, Inc. or service on the Board of Directors, may create a concern in the public's view of my ability to remain impartial in future matters which come before the District Court of Carroll County.

6. That this matter has not been set for trial, and therefore the Good Shepherd Humane Society, Inc., has time to employ other counsel.

7. That movant stands ready to tender to his client all papers and property to which it is entitled.

8. That there is no unearned fee or part of a fee to be refunded.

2

9. That the Good Shepherd Humane Society's address is 6486 Hwy 62 West, Eureka Springs, AR 72632 and its telephone number is (479) 253-9188. That the Clerk of this Court may serve future notices on the Society at the above address until such time as substitute counsel is retained by the Good Shepherd Humane Society, Inc.

WHEREFORE, PREMISES CONSIDERED, the attorney herein moves to withdraw from this matter.

Dated: October 12, 2006

Gerald K. Crow
Attorney at Law, PLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of this pleading by depositing same in the United States Mail and transmitting a faxed copy properly addressed with adequate postage thereon this /3 th day of October, 2006 to:

Mr. Ben Wulff
Attorney at Law
113 Phillips St.
Green Forest, AR 72638

Mr. Gene A. Franco
LISLE LAW FIRM, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr. Eric Vester
MATTHEWS, CAMPBELL, RHOADS, McCLURE,
THOMPSON & FRYAUF, P.A.
119 South Second Street
Rogers, AR 72756-4525

3

Mr. Jeff Conner
Attorney at Law
3398 E. Huntsville Rd
Fayetteville, AR 72701

J. Christopher Harris
Attorney at Law
224 South 2nd Street
Rogers, AR 72756

Mr. Scott Harrison
The Harrison Law Firm
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Gerald K. Crow

4

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION


BOYD J. BUSH                                                    PLAINTIFF


CIV 2005-135


GOOD SHEPHERD HUMANE SOCIETY, INC.                    DEFENDANT
                                                       (Third Party Plaintiff)

vs.

MARTY MARTINEK, BOYD BUSH, GEORGE HARRIS,
SHIRLEY TINKIS, CARTER REIN, MAGGIE TATUM
MARILYN STOCKWELL, SHARON JACOBSON
AND DAVID RUSH AS PREVIOUS BOARD
MEMBERS OF THE GOOD SHEPHERD
HUMANE SOCIETY, INC.                             THIRD PARTY DEFENDANTS


## ORDER ALLOWING WITHDRAWAL

Comes now on this ___19th___ day of October 2006 for hearing in the above entitled and

numbered cause Counsel's Motion to Withdraw and upon matters presented to the Court

and statements of Counsel the Motion is hereby granted.


_____
HON. ALAN D. EPLEY,
CIRCUIT JUDGE



FILED
Ramona Wilson
OCT 2 4 2006
CIRCUIT CLERK
WESTERN DISTRICT
CARROLL COUNTY

W662

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD BUSH                                                    PLAINTIFF

VS.                              NO. CV- 2005-135

GOOD SHEPHERD HUMANE
SOCIETY, INC.                                               DEFENDANT
                                                            Third Party Plaintiff

VS.
MARTY MARTINEK, BOYD BUSH, GEORGE
HARRIS, SHIRLEY TINKIS, CARTER REIN,
MAGGIE TATUM, MARILYN STOCKWELL,
SHARON JACOBSON AND DAVID RUSH
AS PREVIOUS BOARD MEMBERS OF THE
GOOD SHEPHERD HUMANE SOCIETY, INC.                          THIRD PARTY
                                                            DEFENDANTS

## APPEARANCE

Rachel A. Runnels, Attorney at Law, for her entry of appearance, states:

1.      I have been employed as counsel on behalf of Good Shepherd Humane
Society, Inc.  I respectfully request the Clerk enter my name as attorney of record for the
aforesaid party in this case.

2.      I further request that copies of all pleadings and other papers served or
filed in this action be served upon me.

Respectfully submitted,

Rachel A. Runnels, Bar No. 2003044
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632
(479) 253-0300 (Phone)
(479) 253-0301 (Fax)

## CERTIFICATE OF SERVICE

I, Rachel A. Runnels, do hereby certify that I have served/will serve a true and
correct copy of the above and foregoing document on this _____ day of
_____, 200_ , by fax and/or mail delivery to Attorney for Plaintiff herein:

Mr. Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

Mr. Gene Franco
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Mr. Eric Vester
119 S. 2nd Street
Rogers, AR  72756-4525

Mr. J. Christopher Harris
224 S. 2nd Street
Rogers, AR  72756

Mr. Ben Wulff
113 Phillips Street
Green Forest, AR  72638

Mr. Jeff Conner
3398 E. Huntsville Rd.
Fayetteville, AR  72701

Rachel A. Runnels



19TH JUDICIAL DISTRICT • EAST

# STATE OF ARKANSAS
## CARROLL COUNTY
124 NORTH MAIN • P.O. DRAWER 231
BERRYVILLE, AR 72616

ALAN D. EPLEY
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

February 8, 2007

Ms Rachel Runnels
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632

Mr. Scott P. Harrison
Attorney at Law
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr. Ben Wulff
Attorney at Law
113 Phillips
Green Forest, AR 72638

Mr. Jeff Conner
Attorney at Law
3398 East Huntsville Road
Fayetteville, AR 72701

Mr J. Christopher Harris
Attorney at Law
224 South 2nd Street
Rogers, AR 72756

Mr. C. Eric Vester
Matthews, Campbell, Rhoads,
McClure, Thompson & Fryauf
119 South Second Street
Rogers, AR 72756-4525



Re:    John Reeve, Intervenor v. Martinek, et al
       Carroll Circuit (WD) No. CV 2005-103

       Rein v. Good Shepherd Humane Society, Inc
       Carroll Circuit (WD) No. CV 2005-134

       Bush v. Good Shepherd Humane Society, Inc
       Carroll Circuit (WD) No. CV 2005-135

## NOTICE

The above referenced matters are hereby scheduled for a status hearing on May 18, 2007, at 1:30 P.M., at the Western District Courthouse in Eureka Springs, Arkansas. Please notify all necessary parties to be present at that time

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc:    Mr David Rush
       Court files

NOV-20-2007 16:29 From:CAR CO CIR CLERK WD 479 253 6013 To:4792469804 P.2/10



19TH JUDICIAL DISTRICT · EAST

# STATE OF ARKANSAS
## CARROLL COUNTY
124 NORTH MAIN · P.O. DRAWER 231
BERRYVILLE, AR 72616

ALAN D. EPLEY
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

February 21, 2007

Ms. Rachel Runnels
Attorney at Law
121 Spring Street
Eureka Springs, AR 72632

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Mr. Jeff Conner
Attorney at Law
3398 East Huntsville Road
Fayetteville, AR 72701

Mr. C. Eric Vester
Matthews, Campbell, Rhoads,
  McClure, Thompson & Fryauf
119 South Second Street
Rogers, AR 72756-4525

Mr. Scott P. Harrison
Attorney at Law
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Mr. Ben Wulff
Attorney at Law
113 Phillips
Green Forest, AR 72638

Mr. J. Christopher Harris
Attorney at Law
224 South 2nd Street
Rogers, AR 72756



FILED
Ramona Wilson
FEB 2 2 2007
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

Re: John Reeve, Intervenor v. Martinek, et al
Carroll Circuit (WD) No CV 2005-103

Rein v. Good Shepherd Humane Society, Inc.
Carroll Circuit (WD) No. CV 2005-134

Bush v. Good Shepherd Humane Society, Inc
Carroll Circuit (WD) No. CV 2005-135

## NOTICE

Due to a conflict on Mr. Vester's calendar, the status hearing in the above matters previously scheduled for May 18, 2007, is continued to June 12, 2007, at 1:30 P.M., or as soon thereafter as the docket will allow, at the Western District Courthouse in Eureka Springs, Arkansas. Please notify all necessary parties of this date change.

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc. Mr. David Rush
    Court files



19TH JUDICIAL DISTRICT - EAST

# STATE OF ARKANSAS
# CARROLL COUNTY

124 NORTH MAIN • P.O. DRAWER 231
BERRYVILLE, AR 72616

**ALAN D. EPLEY**
CIRCUIT JUDGE

TELEPHONE: (870) 423-7131
FAX: (870) 423-5824

May 15, 2007

Ms. Rachel Runnels
Attorney at Law
121 Spring Street
Eureka Springs, AR  72632

Mr. Gene A. Franco
Lisle Law Firm, P.A.
1458 Plaza Place, Suite 101
Springdale, AR  72764-5273

Mr. Jeff Conner
Attorney at Law
3398 East Huntsville Road
Fayetteville, AR  72701

Mr. C. Eric Vester
Matthews, Campbell, Rhoads,
  McClure, Thompson & Fryauf
119 South Second Street
Rogers, AR  72756-4525

Mr. Scott P. Harrison
Attorney at Law
2928 McKee Circle, Suite 121
Fayetteville, AR  72703

Mr. Ben Wulff
Attorney at Law
113 Phillips
Green Forest, AR  72638

Mr. J. Christopher Harris
Attorney at Law
224 South 2nd Street
Rogers, AR  72756



FILED
Ramona Wilson
MAY 1 6 2007
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

Re:    John Reeve, Intervenor v. Martinek, et al
       Carroll Circuit (WD) No. CV 2005-103

       Rein v. Good Shepherd Humane Society, Inc.
       Carroll Circuit (WD) No. CV 2005-134

       Bush v. Good Shepherd Humane Society, Inc.
       Carroll Circuit (WD) No. CV 2005-135

Dear Attorneys:

It is my understanding that these proceedings are suspended due to bankruptcy filing. If you disagree, please let me know. Otherwise, the status hearings scheduled for June 12, 2007, are vacated and removed from the docket.

Sincerely yours,

Vicki J. Kell-Schneider
Trial Court Assistant

cc:  ✓ Court files
     Mr. David Rush

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
WESTERN DISTRICT
CIVIL DIVISION

BOYD BUSH                                                              PLAINTIFF

No. CV-2005-135

GOOD SHEPHERD HUMANE
SOCIETY, INC.                                                         DEFENDANT
                                                                      Third Party Plaintiff

vs.

MARTY MARTINEK, BOYD BUSH,
GEORGE HARRIS, SHIRLEY TINKIS,
CARTER REIN, MAGGIE TATUM,
MARILYN STOCKWELL, SHARON
JACOBSON and DAVID RUSH AS
PREVIOUS BOARD MEMBERS
OF THE GOOD SHEPHERD HUMANE
SOCIETY, INC.                                        THIRD-PARTY DEFENDANTS

ENTRY OF APPEARANCE AND
MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Good Shepherd Humane Society, Inc. by and through one of its attorneys,
Eric Berger of Wright, Lindsey & Jennings LLP, submits the following Entry of Appearance and
Motion for Substitution of Counsel, and states:

1.     Good Shepherd Humane Society, Inc. ("Movant") moves the Court to have Eric
Berger, WRIGHT, LINDSEY & JENNINGS LLP, substituted as its counsel for Rachel Runnels.

2.     Movant further requests that upon entry of the order substituting counsel, that Ms.
Runnels be relieved of any further duties in connection with the representation of Movant.

3.     Eric Berger of Wright, Lindsey & Jennings LLP, hereby enters an appearance as
counsel of record for Movant in this matter and certifies that he is in good standing and licensed

730616-v1

to practice in this Court.

WHEREFORE, Good Shepherd Humane Society, Inc. prays that Eric Berger of Wright,

Lindsey & Jennings LLP be substituted as counsel of record in this matter and for all other proper

relief.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
903 N. 47th Street – Suite 101
Rogers, Arkansas 72756
Email: eberger@wlj.com
Phone: (479) 986-0888
Fax: (479) 986-8932

By _____
Eric Berger (2004210)
Attorneys for Good Shepherd Humane Society, Inc.

## CERTIFICATE OF SERVICE

On November 29, 2007, a copy of the foregoing was served by U.S. Mail on:

Scott P. Harrison
2928 McKee Circle, Suite 121
Fayetteville, AR 72703

Ben Wulff
113 Phillips Street
Green Forest, AR 72638

Jeff Conner
3398 East Huntsville Road
Fayetteville, AR 72701

J. Christopher Harris
224 South 2nd Street
Rogers, AR 72756

Gene A. Franco
1458 Plaza Place, Suite 101
Springdale, AR 72764-5273

Rachel Runnels
125 Spring Street
Eureka Springs, AR 72632

C. Eric Vester
119 South 2nd Street
Rogers, AR 72756

_____
Eric Berger