Form mddap

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re:  Bush v. The Good Shepherd Humane Society, Inc.

Case No.: 3:07–ap–07368

Judge:  Ben T. Barry

### MEMORANDUM OF DOCUMENT DEFICIENCY

TO: Kimberly Tucker                                    Pleading Number: 1

The following deficiency was found in your recent filing. Failure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set.

**AP Cover Sheet:** All complaints must be accompanied by a completed adversary proceeding cover sheet, a copy of which can be obtained at www.areb.uscourts.gov/forms. Within 48 hours of the date of this notice, please file an adversary proceeding cover sheet by logging on to ECF and selecting **Adversary** –> **Miscellaneous** –> **AP Cover Sheet** from the drop– down list.

Dated: 12/3/07

Jean Rolfs, Clerk
By: Lori Stanley
Deputy Clerk