### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**IN RE: THE GOOD SHEPHERD HUMANE SOCIETY, INC., Debtor**

No. 3:07-bk-71212

Ch. 11

**BOYD BUSH**                                              **Plaintiff**

**v.**                      **3:07-ap-7368**

**THE GOOD SHEPHERD HUMANE SOCIETY, INC.**         **Defendant**

### ORDER DISMISSING ADVERSARY PROCEEDING

The above captioned case was dismissed on May 20, 2008. The Court retained jurisdiction of the adversary proceeding to allow the parties to file a motion to remand the proceeding to state court for further consideration of the underlying cause of action.

On August 5, 2008, the Court entered its Order to Show Cause for the plaintiff to appear and show cause why the adversary proceeding should not be dismissed. A hearing on the Order to Show Cause was set for September 24, 2008. No parties appeared to show cause why the adversary proceeding should not be dismissed. Accordingly, the Court hereby dismisses the above captioned adversary proceeding without prejudice.

IT IS SO ORDERED.

 September 24, 2008
_____
DATE

_____
BEN T. BARRY
UNITED STATES BANKRUPTCY JUDGE

cc:     All parties in interest

EOD  9/24/2008
by A Squires