# Intended Notice Recipients – Method of Notice

District/Off: 0861–3   User: angie   Date Created: 9/24/2008

Case: 3:07–ap–07368   Form ID: pdfwotrm   Total: 5

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

ust   U.S. Trustee (ust)   USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov, Joyce.N.Talley@usdoj.gov, Cecilia.A.Boyle@usdoj.gov

aty   Kimberly Wood Tucker   ktucker@wlj.com, dsebring@wlj.com, cdavis@wlj.com

TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

pla   Boyd Bush   192 Cooper Hollow Rd   Eureka Springs, AR 72632

aty   C. Tad Bohannon   WRIGHT, LINDSEY &JENNINGS, LLP   200 W. Capitol Ave., Ste. 2300   Little Rock, AR 72201–3699

aty   Mary–Marsha Hardin   MATTHEWS, CAMPBELL, RHOADS   119 South Second Street   Rogers, AR 72756

TOTAL: 3